## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT LINDBERG | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-05599 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| FILLCOR, LLC d/b/a | ) | Magistrate Judge Sidney I. Schenkier |
| Integra Asset Management | ) | |
| and ROBERT STEWARD | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED RULE 58(d) MOTION FOR ENTRY OF RULE 54 JUDGMENT**

Plaintiff, Scott Lindberg ("Lindberg"), by his attorneys Gaffney & Gaffney P.C., for his UNOPPOSED Rule 58(d) Motion for Entry of Rule 54 Judgment, states:

1. On March 29, 2019, the Parties reached an agreement before the Magistrate Judge (#118) regarding the previously filed Motion to Alter Judgment (#110).

2. The Parties agree to the terms contained within the Judgment attached as Exhibit A. This motion and Exhibit A have been reviewed by Defendants' Counsel and is Unopposed.

3. The parties waive the entry of findings of fact and conclusions of law under Federal Rules of Civil Procedure 52.

Wherefore, Plaintiff requests that this Court enter the Judgment attached as Exhibit A.

Respectfully submitted,

/s/Glenn R. Gaffney
Glenn R. Gaffney
Attorney for Plaintiff

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Glenn R. Gaffney certifies that on April 5, 2019, he e-filed the above and foregoing **Plaintiff's Unopposed Rule 58(d) Motion for Entry of Rule 54 Judgment**, via the case management/electronic case filing system with the Clerk of the U.S. District Court. The Parties may access this filing through the Court's electronic filing system and notice of this filing will be sent to the following Parties by operation of the Court's electronic filing system.

        Respectfully submitted,

        /s/Glenn R. Gaffney
        Glenn R. Gaffney
        Attorney for Plaintiff

Glenn R. Gaffney (6180598)
Gaffney & Gaffney P.C.
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200
glenn@gaffneylawpc.com